UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAIL HALL,

        Plaintiff,

v.

KIDNEY REPLACEMENT
SERVICES, INC.,

        Defendant.
_____/

Case No. 06-13532
 (consolidated with 06-13351)
Honorable Nancy G. Edmunds

**ORDER CONSOLIDATING CASE NO. 06-13532 WITH CASE NO. 06-13351**

The Court may order consolidation of separate cases pursuant to Federal Rule of Civil Procedure 42(a), which provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The purpose of this rule is to promote convenience and judicial economy.

Being fully advised in the premises and having read the pleadings, the Court hereby CONSOLIDATES CASE NUMBER 06-13532 WITH 06-13351.  ALL SUBSEQUENT PLEADINGS SHALL BE ENTERED UNDER THE LOWER CASE NUMBER OF 06-13351. Further, CASE NUMBER 06-13532 IS HEREBY CLOSED FOR ADMINISTRATIVE PURPOSES.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  January 4, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2007, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager